

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2015

No. 04-15-00494-CR

La Quint **SULLIVAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR2233
Honorable Steve Hilbig, Judge Presiding

## O R D E R

The Appellant's motion to dismiss appeal is deemed MOOT.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of November, 2015.

_____
Keith E. Hottle
Clerk of Court